**Ernest G. Ianetti, Esq.**
22 Riekens Trail
Denville, NJ 07834
(973) 324-1003
(973) 324-1002 fax
ianetti.efiling@outlook.com
Bar ID: EGI2533

Order Filed on March 1, 2017
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In re** | Case No. 17-12337 |
| | Chapter 7 |
| **Esteban Nila and Evangelina Nila,** | **Order re** |
| Debtors. | **Application to Extend Time to File Schedules and All Related Documents** |

The relief set forth on the following page is ORDERED.

**DATED: March 1, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

      The Court having considered the Debtor's request to extend time to file schedules and all related documents, and for good cause shown, it

ORDERED that the Debtor's request is:

__X__      Granted.  The deadline to file schedule is extended to __March 7, 2017__.

_____      Denied.