**Ernest G. Ianetti, Esq.**
22 Riekens Trail
Denville, NJ 07834
(973) 324-1003
(973) 324-1002 fax
ianetti.efiling@outlook.com
Bar ID: EGI2533

**Order Filed on March 1, 2017
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In re** | Case No. 17-12337 |
| | Chapter 7 |
| **Esteban Nila and Evangelina Nila,** | **Order re** |
| Debtors. | **Application to Extend Time to File Schedules and All Related Documents** |

The relief set forth on the following page is ORDERED.

**DATED: March 1, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court having considered the Debtor's request to extend time to file schedules and all related documents, and for good cause shown, it

ORDERED that the Debtor's request is:

  X       Granted. The deadline to file schedule is extended to  March 7, 2017  .

          Denied.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-12337-SLM
Esteban Nila                                                                    Chapter 7
Evangelina Nila
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Mar 02, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2017.
db/jdb         +Esteban Nila,   Evangelina Nila,   18 Dover Street,   Paterson, NJ 07501-3102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2017 at the address(es) listed below:
              Donald V. Biase    dbiase4236@gmail.com,  dvb@trustesolutions.net;pbellina@outlook.com
              Ernest G. Ianetti    on behalf of Debtor Esteban  Nila ianetti.efiling@outlook.com,
               eianetti20@gmail.com
              Ernest G. Ianetti    on behalf of Joint Debtor Evangelina  Nila ianetti.efiling@outlook.com,
               eianetti20@gmail.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4