# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 17-12337-SLM |
| | Chapter: 7 |
| Esteban Nila and Evangelina Nila | Judge: Stacey L. Meisel |

**NOTICE OF PROPOSED ABANDONMENT**

Donald V. Biase, Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:   50 Walnut Street, Newark, NJ  07102

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on May 23, 2017 at 10:00 AM at the United States Bankruptcy Court in Courtroom no. 3A. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

**Description and value of property:**

    2/3 interest in:  18 Dover Street
    Paterson, NJ - 07501
    $100,000

**Liens on property**:

    $489,846

**Amount of equity claimed as exempt:**

    $0.00

Objections must be served on, and requests for additional information directed to:

Donald V. Biase

110 Allen Road – Suite 304, Basking Ridge, NJ 07920

(973) 618-1008

Rev. 8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-12337-SLM
Esteban Nila                                                        Chapter 7
Evangelina Nila
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1           Date Rcvd: Apr 24, 2017
                             Form ID: pdf905          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2017.
db/jdb         +Esteban Nila,    Evangelina Nila,    18 Dover Street,    Paterson, NJ 07501-3102
516632322      +Midland Funding,    Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
516688429      +Parker McCay, P.A.,    9000 Midlantic Ave.,    Ste. 300,    Mount Laurel, NJ 08054-1539
516632323      +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,    Po Box 636005,    Littleton, CO 80163-6005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 24 2017 23:27:56      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 24 2017 23:27:53      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    GMAT Legal Title Trust 2013-1, U.S. Bank National
               Association, as Legal Title Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Donald V. Biase    dbiase4236@gmail.com,    dvb@trustesolutions.net;pbellina@outlook.com
              Ernest G. Ianetti    on behalf of Debtor Esteban  Nila ianetti.efiling@outlook.com,
               eianetti20@gmail.com
              Ernest G. Ianetti    on behalf of Joint Debtor Evangelina  Nila ianetti.efiling@outlook.com,
               eianetti20@gmail.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5