Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  17−12337−SLM
        Chapter:  7
        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Esteban Nila | Evangelina Nila |
| 18 Dover Street | 18 Dover Street |
| Paterson, NJ 07501 | Paterson, NJ 07501 |

Social Security No.:
  xxx−xx−3086                                           xxx−xx−1782

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Donald V. Biase is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 23, 2017</u>                 <u>Stacey L. Meisel</u>
                                                  Judge, United States Bankruptcy Court